# United States District Court

__Southern__ DISTRICT OF __GEORGIA__
Savannah Division

Herschel Walker,
Renaissance Man Food Services, LLC
and H. Walker Enterprises, LLC,

      Plaintiff,

      v.

Herschel Walker's Smokehouse & Pizzeria
and John Walker

      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV407-017

TO: Herschel Walker's Smokehouse & Pizzeria
c/o John Walker
7 E Gateway Boulevard
Savannah, GA 31419

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Glen M. Darbyshire, Esq.
Inglesby, Falligant, Horne, Courington & Chisholm, P.C.
17 W. McDonough Street
P.O. Box 1368
Savannah, GA 31401

an answer to the Complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SCOTT L. POFF, Clerk
_____
Clerk

_[signature]_
(BY) DEPUTY CLERK

Date 1/31/07

Date _____

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (*specify*): _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                                       Signature of Server

                                                                Address of Server

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.