FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 FEB -9 AM 11: 19

CLERK _____
SO. DIST. OF GA.

02-07-07

Glen M. Darbyshire, Wsq.
Inglesby, Falligant, Horne, Courington & Chisholm, P.C.
17 W. McDonough St.
P.O. Box 1368
Savannah, Ga.

Re: Herschel Walker, Renaissance Food Services, LLC and H. Walker Enterprises, LLC v. Herschel Walker's Smokehouse & Pizzeria and John Walker
Unite States District Court for the Southern District of Georgia

Res 0 54052.010500
Case number cv 407-017

Herschel Walker, John Walker, & David Walker partners and owners of Herschel Walker's Smokehouse & Pizzeria 7 Gateway Boulevard West Savannah, Ga. 31419 do hereby deny all allegations in referenced letter dated January 29, 2007 and the enclosed Summons case number CV 407-017.

Our Herschel Walker is now 84 years old and a veteran of World War II having served in both north Africa and in Europe during World War II. Now he is told that he can't even use his own name on his own restaurant. What kind of Justice is this? Is this what he fought for during world war II? We hope not.

Our entire family have always been great fans of Herschel's. We have followed his career from Johnson county high school Wrightsville, Ga. To the University of Ga. And through out his professional football career. We are still interested in Herschel and believe him to be a great Christian Athlete. Our Herschel Walker is also a Christian. Therefore, they are brothers in Christ. If we are forced to take down the Herschel Walker signs we don't have the money to replace them, the signs cost $4,000.00 which is a great deal of money for us. If Herschel wants us to remove the signs it will cause a great hardship. We have only one request that Herschel read and some how let us know that he has read our response.

We hereby agree in writing to cease and desist all supposedly illegal activity as out lined in your letter dated January 29,2007.

Respectfully Yours,

*Herschel Walker*
Herschel Walker

*John Walker*
John Walker

*David Walker*
David Walker

Encl;
Trade Name registration Form of Superior Court

# CLERK OF SUPERIOR COURT

## TRADE NAME REGISTRATION
(PURSUANT TO GA CODE 10-1-490)

RECEIVED FOR RECORD
2006 NOV 13 AM 11:10
DANIEL W. MASSEY $30.00
CLERK
SUPERIOR COURT C.C.G.A

STATE OF GEORGIA )
COUNTY OF CHATHAM )

✓ NEW  ○ AMENDMENT  ○ CANCELLATION

THE UNDERSIGNED _HERSCHEL WALKER_ WHOSE ADDRESS IS _501 MCLAWS ST SAVANNAH GA 31405_ & _JOHN DAVID WALKER_ WHOSE ADDRESS IS _13 SANDY CREEK CT SAVANNAH_, GA _31406_ ARE THE OWNER(S) OF THAT CERTAIN BUSINESS NOW BEING CARRIED ON AT _7 GATEWAY BLVD W SAVANNAH GA 31419_, CHATHAM COUNTY GEORGIA, UNDER THE TRADE NAME _HERSCHEL WALKER'S_ AND THAT THE NATURE OF SAID BUSINESS IS _RESTAURANT_ THIS THE _13th_ DAY OF _NOVEMBER_, _2006_.

_____
LEGAL SIGNATURE

_____
LEGAL SIGNATURE

## VERIFICATION

PERSONALLY APPEARED BEFORE THE UNDERSIGNED OFFICER(S) _DAVID WALKER, HERSCHEL WALKER & JOHN WALKER_
PRINT YOUR NAME(S)
, WHO SAYS UNDER OATH THAT THE ABOVE AND FOREGOING STATEMENT OF TRADE NAME REGISTRATION IS TRUE.

_____
LEGAL SIGNATURE

_____
LEGAL SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME
THIS THE _13_ DAY OF _November 2006_

_____
WITNESS

_Raymond F. Tindal_
NOTARY PUBLIC

MY COMMISSION EXPIRES _12-25-07_

(NOTARY SEAL)

RAYMOND F. TINDAL
Notary Public, Chatham County, GA
My Commission Expires December 25, 2007

NOTE: THE ACT REQUIRES THAT THIS NOTICE BE PUBLISHED ONCE A WEEK FOR TWO WEEKS IN THE PAPER WHICH THE SHERIFF'S ADVERTISEMENTS ARE PRINTED. THIS PAPER IS THE SAVANNAH MORNING NEWS PHONE (912-652-0228). ALSO UPON CHANGE OF OWNERSHIP, A NEW AND AMENDED REGISTRATION MUST BE FILED. (GA LAWS 1981, P. 872)

Enc 1